United States District Court
Southern District of Texas
**ENTERED**
July 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ARDENIA LOWE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-165 |
| | § | |
| WELLS FARGO & COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

The parties to this case have filed a Stipulation of Dismissal, pursuant to Rule 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that all pending claims and counterclaims in this case are **DISMISSED WITH PREJUDICE**.

Each party to bear its own costs.

SIGNED at Galveston, Texas, this 12th day of July, 2017.

_____
George C. Hanks Jr.
United States District Judge